Same case below, 420 Fed. Appx. 393.

**No. 11-5192. Thomas S. Pendleton, Petitioner v. United States.**

565 U.S. 1159, 132 S. Ct. 1090, 181 L. Ed. 2d 982, 2012 U.S. LEXIS 877.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 636 F.3d 78.

**No. 11-5241. Samuel Lowery, Petitioner v. United States.**

565 U.S. 1159, 132 S. Ct. 1090, 181 L. Ed. 2d 982, 2012 U.S. LEXIS 708.

January 17, 2012. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 3 A.3d 1169.

**No. 11-5357. Darious M. Bowens, Petitioner v. Illinois.**

565 U.S. 1159, 132 S. Ct. 1090, 181 L. Ed. 2d 982, 2012 U.S. LEXIS 854.

January 17, 2012. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 407 Ill. App. 3d 1094, 348 Ill. Dec. 339, 943 N.E.2d 1249.

**No. 11-5382. William Vance Turner, Petitioner v. United States.**

565 U.S. 1159, 132 S. Ct. 1090, 181 L. Ed. 2d 982, 2012 U.S. LEXIS 903.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 427 Fed. Appx. 604.

**No. 11-5525. Keith Taskey, Petitioner v. Massachusetts.**

565 U.S. 1159, 132 S. Ct. 1090, 181 L. Ed. 2d 982, 2012 U.S. LEXIS 754.

January 17, 2012. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 78 Mass. App. 787, 941 N.E.2d 713.

**No. 11-5738. Duane Milton McClain, Petitioner v. United States.**

565 U.S. 1159, 132 S. Ct. 1091, 181 L. Ed. 2d 982, 2012 U.S. LEXIS 889.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 429 Fed. Appx. 538.

**No. 11-5858. Aaron Bruns, Petitioner v. United States.**

565 U.S. 1159, 132 S. Ct. 1091, 181 L. Ed. 2d 982, 2012 U.S. LEXIS 714.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 395 U.S. App. D.C. 189, 641 F.3d 555.